1　BRADLEY A. BENING - 104221
　　CYNTHIA N. OSHIRO - 157173
2　WILLOUGHBY, STUART & BENING, INC.
　　50 W. San Fernando St., Suite 400
3　San Jose, California 95113
　　bab@wsblaw.net
4　cno@wsblaw.net
　　(408) 289-1972
5　Facsimile: (408) 295-6375

6　Attorneys for Defendants
　　TERRY COLAFRANCESCO;
7　CARITAS OF BIRMINGHAM

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE FACILITY

| | |
|---|---|
| PHILLIP J. KRONZER,　　　　　　　　　) | No. C 05-01333 JW (HRL) |
| 　　　　　　Plaintiff,　　　　　　　　　　) | |
| vs.　　　　　　　　　　　　　　　　　　) | STIPULATION FOR DISMISSAL |
| TERRY COLAFRANCESCO,　　　　　　) | |
| CARITAS OF BIRMINGHAM, and　　　) | |
| DOES I-XX,　　　　　　　　　　　　　) | |
| 　　　　　　Defendants.　　　　　　　　) | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: April 11, 2005　　　　LAW OFFICES OF THOMAS EASTON

By: _____
　　Thomas Easton
　　Attorney for Plaintiff,
　　Phillip J. Kronzer

STIPULATION FOR DISMISSAL　　　　1

1 | DATED: April __11__, 2005

WILLOUGHBY, STUART & BENING

By: _____
CYNTHIA N. OSHIRO
Attorneys for Defendants,
TERRY COLAFRANCESCO;
CARITAS OF BIRMINGHAM

STIPULATION FOR DISMISSAL                2